## PROVIDENT SAV BANK & TRUST CO v HILDEBRAND

Ohio Appeals, 1st Dist, Hamilton Co

Decided Nov 13, 1934

Clark & Robinson, Cincinnati, for plaintiff in error.

J. G. Williams, Cincinnati, for defendant in error.

For full opinion see 3 OO 95; 49 Oh Ap 207.